SEALED

**E-FILED**

Friday, 20 May, 2005 03:27:08 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**

**FILED**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

MAY 2 0 2005

**AT PEORIA**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05- 10032 |
| ) | |
| DAVID L. JORDAN, ) | VIO: Title 18, United States Code |
| ) | Section 922(g) |
| Defendant. ) | |

**INDICTMENT**

The Grand Jury charges:

On or about May 11, 2005, in Peoria County, within the Central District of Illinois,

the defendant,

**DAVID L. JORDAN,**

did knowingly possess a firearm, a 38 caliber Colt revolver, which had previously

traveled in interstate commerce, the defendant having been previously convicted of a

crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g).

A True Bill,

s/FOREPERSON

**Foreperson**

s/AUSA

**JAN PAUL MILLER**
**UNITED STATES ATTORNEY**

BWM/ms