E-FILED
Monday, 23 May, 2005  12:17:00 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| )          | |
| Plaintiff,    ) | |
| )          | |
| v.    ) | Case Number:    05-10032 |
| )          | |
| DAVID JORDAN,    ) | |
| )          | |
| Defendant.    ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Jan Paul Miller, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, respectfully represents to this Honorable Court that **David Jordan, Inmate #: B36457, Social Security #: 344.66.2263** defendant herein, is now confined at the **Big Muddy Correctional Center, Ina, Illinois**, in the custody of the Warden of said institution, and that an arraignment in the above-entitled cause have been set for **Tuesday, June 7, 2005, at 1:30PM** in the above-referenced Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of **Big Muddy Correctional Center, Ina, Illinois**, and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **David Jordan, Inmate #: B36457**, **Social Security #: 344.66.2263** before the above-referenced Court located at the Federal Building and U.S. Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, on **Tuesday, June 7, 2005, at 1:30PM**, and from day to day thereafter as may be necessary; and at the termination

of the proceedings against the defendant to return him to the custody of the Warden of

**Big Muddy Correctional Center, Ina, Illinois**.

                                        UNITED STATES OF AMERICA

                                        JAN PAUL MILLER
                                        UNITED STATES ATTORNEY

                                        **s/:  BRADLEY W. MURPHY**
                                        **BRADLEY W. MURPHY**
                                        Assistant United States Attorney
                                        One Technology Plaza, 4TH Floor
                                        211 Fulton Street
                                        Peoria, Illinois 61602
                                        Telephone:  309.671.7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case Number:   05-10032 |
| DAVID JORDAN, | ) ) ) | |
| Defendant. | ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263,** is presently incarcerated at the **Big Muddy Correctional Center, Ina, Illinois**, it further appearing that **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on **Tuesday, June 7, 2005, at 1:30PM**.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the **Big Muddy Correctional Center, Ina, Illinois**, and/or the United States Marshal for the Central District of Illinois, to transport the said **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263,** to the Central District of Illinois, and to produce the said **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263** on **Tuesday, June 7, 2005, at 1:30PM** in the Federal

Building at 100 N.E. Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

                                                  _____
                                                  **JOHN A. GORMAN**
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____ day of May, 2005.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID JORDAN, )<br>)<br>Defendant. ) | Case Number:    05-10032 |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN OF THE **BIG MUDDY CORRECTIONAL CENTER, INA, ILLINOIS** AND TO ANY UNITED STATES MARSHAL:

### G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **David Jordan, Inmate#:  B08664**, **Social Security #: 344.66.2263**, now in your custody at the **Big Muddy Correctional Center, Ina, Illinois**, before the Honorable Michael M. Mihm, United States District Court Judge, Federal Building and United States Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, on **Tuesday, June 7, 2004, at 1:30PM** in order that **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263,** may be present for purposes of an arraignment in the above-entitled cause and after said hearing and the disposition of said matters that you return **David Jordan, Inmate #:  B36457**, **Social Security #: 344.66.2263**, under safe and secure conduct to the custody of the Warden of the **Big Muddy Correctional Center, Ina, Illinois**.

DATE: _____     _____
                                                          **JOHN M. WATERS**, Clerk
                                                          United States District Court
                                                          Central District of Illinois