E-FILED
Monday, 23 May, 2005 12:48:46 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case Number:    05-10032 |
| DAVID JORDAN, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

These matters coming on to be heard on the Petition of the Government, and it appearing to the Court that **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263,** is presently incarcerated at the **Big Muddy Correctional Center, Ina, Illinois**, it further appearing that **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on **Tuesday, June 7, 2005, at 1:30PM**.

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the **Big Muddy Correctional Center, Ina, Illinois**, and/or the United States Marshal for the Central District of Illinois, to transport the said **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263,** to the Central District of Illinois, and to produce the said **David Jordan, Inmate #:  B36457, Social Security #: 344.66.2263** on **Tuesday, June 7, 2005, at 1:30PM** in the Federal

1

Building at 100 N.E. Monroe Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary

        s/ John A. Gorman
        **JOHN A. GORMAN**
        UNITED STATES MAGISTRATE JUDGE
        CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this 23rd day of May, 2005.