E-FILED
Tuesday, 24 May, 2005 08:43:43 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )   Case Number:   05-10032<br>                              )<br>DAVID JORDAN,                 )<br>                              )<br>     Defendant.               ) | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN OF THE **BIG MUDDY CORRECTIONAL CENTER, INA, ILLINOIS** AND TO ANY UNITED STATES MARSHAL:

G R E E T I N G S:

WE COMMAND that you produce and deliver the body of **David Jordan, Inmate#: B08664, Social Security #: 344.66.2263**, now in your custody at the **Big Muddy Correctional Center, Ina, Illinois**, before the Honorable Michael M. Mihm, United States District Court Judge, Federal Building and United States Courthouse, 100 N.E. Monroe Street, Peoria, Illinois, on **Tuesday, June 7, 2004, at 1:30PM** in order that **David Jordan, Inmate #: B36457, Social Security #: 344.66.2263**, may be present for purposes of an arraignment in the above-entitled cause and after said hearing and the disposition of said matters that you return **David Jordan, Inmate #: B36457, Social Security #: 344.66.2263**, under safe and secure conduct to the custody of the Warden of the **Big Muddy Correctional Center, Ina, Illinois**.

DATE:  5/24/5                                      *John Waters/lak*

                                                   **JOHN M. WATERS**, Clerk
                                                   United States District Court
                                                   Central District of Illinois