## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **05-10032** |
| | ) |
| **David L. Jordan** | ) |
| Defendant | ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 p.m.** on **July 14, 2005.**

This matter is set for Jury Trial at 8:30 A.M. on **August 1, 2005**

at

[ X] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 16th day of June, 2005.

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE