UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim No. 05-10032 |
| DAVID L. JORDAN, | ) |
| Defendant. | ) |

**DEFENDANT'S COMMENTARY ON SENTENCING FACTORS**

Now comes the Defendant, DAVID L. JORDAN, by his attorney, KARL W. BRYNING, in this brief commentary on sentencing factors. Attached are letters of support on behalf of Mr. Jordan.

The attached letters attest to Mr. Jordan's good and loving disposition toward his family, people young and old, and his efforts to find employment. For instance, Mr. Jordan's father, David U. Jordan, describes his son as being a very intelligent person who loves working with children and teaching them math and other skills. Mr. Jordan describes his son as a very hard worker who has a lot of respect for older people. He also describes the difficulties his son has had in finding employment.

Mr. Jordan's lifelong battle with drug addiction is well documented in the presentence report. (¶¶ 50-53) This is a young man who started using heroine at age 19 and was smoking ½ ounce of marijuana per day before having his first alcoholic beverage. Undoubtedly, addiction has been detrimental to his life and contributed to his lengthy criminal record. Although his record is substantial, worthy of note is the fact that 18 of the 27 criminal history points assessed are based upon misdemeanor and traffic offenses. (PSR ¶¶23-35)

Importantly, Mr. Jordan shows signs of wanting to improve his life. He has taken concrete steps to improve himself even while awaiting sentencing in this case. While in jail Mr. Jordan reports that he has earned his General Equivalency Diploma and a Sanitation License. If the same effort is applied to participation in the Comprehensive Drug Treatment Program offered by the Federal Bureau of Prisons, Mr. Jordan could return to society a more productive member and free from addiction.

Mr. Jordan respectfully requests that this Court consider the admonishment of 18 U.S.C. 3553(a) that the sentence be "sufficient but not greater than necessary" to meet the ends of justice and consider a reasonable sentence within the guideline range that includes the Comprehensive Drug Treatment Program at a location that will maximize his exposure to educational and vocational programs. Mr. Walker asks the Court to consider his and proven desire to better himself educationally, attain marketable skills and his continuing desire to free himself of drug and alcohol addiction when passing sentence.

Respectfully submitted,

DAVID L. JORDAN, Defendant

s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org

Attachments

CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney, Bradley Murphy, One Technology Plaza, Suite 400, Peoria, IL 61602

    s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org