RECEIVED OCT 18 2005
E-FILED
Wednesday, 21 December, 2005 04:55:12 PM
Clerk, U.S. District Court, ILCD

Dear Judge Mihm

Hello My name is David W Jordan the father of David L Jordan, the defendant. I'm writing you concerning my son, just let you know what kind of person he is. He is a very intelligence person who love working with children and teaching them math and diffent skill. He's been staying here with us for number of years. David is a very hard worker. When he around here he keep his room clean, He cut the grass when need it. He also wash his dishes when dirt. He been looking for a job, that pay good wages and benefit. But his luck wasn't to good because of his record. David have alot of good quality at hisself He has alot respect for elder people. Judge could you please find in your heart to forgive him. I believe he will prove to you and others than make it. We will try to help him find a job and have him start going back to church. When David were younger he went to church with us. My wife and I taught him good principle. We also taught him to be honest. David is a very good person once you gotten to know him. Thank you for your time. Please give him another chance.

Thank You
God Bless

AUG 2 2 2005

Peoria, Ill 61605 -
August 13, 2005 -

Dear Sir,

This is someone who knows the young man in Question his name is David Jordan. I been knowing him for all of his Life, and he is a good Person. I belive that if you could give him a chance to get His life in order Please. I Really Do belive he Will be lots better You see like I said David. he is very smart. he Will work if he Had a chanch. To Prove his self. Please let him have that chanch. He have a ailing Grand Parents, and they would like very much if the Judge would let him out of this trouble He make a misttake Please help him He realey needs help. With God Help he will make it. Thank You I hope.

Miss Clara White
Yours truly.

P.S. The Lord is my Shepherd. I Shall not Want. he make me to lie down in Green Pastures: he leadeth me beside the Still ~~Walkes~~ Waters.

RECEIVED
OCT 21 2005
BY:

Hi,
   To who it may concern,
I'm am writting reguard to David Jordan Jr. Because he is a very good hearted person and loving. And I been knowing him all of my life. He do look for trouble at all. It just so many people don't like him cause of his look and he don't want hang around them. But all and all. He just try to perfect his self. So I pray to God, that no body give him no time, in Jail. So may God bless!

                            David Aunt
                            Mrs. Vonnie R. Ryles

AUG 2 2 2005

August 16, 2005
1315 W. Martin St.
Peoria IL 61605

Dear Sir:

I am wrighting to you on the behalf of a young man by the name of Wail L. Jordan. he is a Very Nice Young man who cares about peoples. I have Been knowing him for a long time and the young man. is nice. once you really know him. Please give Him a chanch to prove himself. I belive that he will do better. Thank you very much

Yours truly
Ms L. Moody

RECEIVED
NOV 0 3 2005

October 31, 2005

To Judge Mihm

My name is Icyphine Williams and I am writing this letter in regards to David Jordan, I have had the pleasure of knowing him as a very young child and a pleasant one at that, I was around him a lot at his home or at my home. He
has helped around my home a great deal, working in the yard raking the leaves or cutting grass, or other odd jobs I sincerely think he is very respectful.

                Miss Icyphine Williams

**State of Illinois 1713174**
**Department of Public Health**

FOOD SERVICE SANITATION
LICENSE PERMIT CERTIFICATION REGISTRATION

DISPLAY THIS PART IN A CONSPICUOUS PLACE

REMOVE THIS CARD TO CARRY AS AN IDENTIFICATION

| EXPIRATION DATE | CATEGORY | I.D. NUMBER |
|---|---|---|
| 09/26/2010 | 055 | 01336540 |

DAVID L JORDAN IS CERTIFIED IN FOOD SERVICE SANITATION BY EXAM ON 09/26/05

ISSUED 11/26/05

11/26/05

DAVID L JORDAN
724 W CORRINGTON
PEORIA          IL 61604

FEE RECEIPT NO.

---

**State of Illinois 1713174**
**Department of Public Health**

LICENSE, PERMIT, CERTIFICATION, REGISTRATION

The person, firm or corporation whose name appears on this certificate has complied with the provisions of the Illinois Statutes and/or rules and regulations and is hereby authorized to engage in the activity as indicated below.

Issued under the authority of
The State of Illinois
Department of Public Health

ERIC E. WHITAKER, M.D.
DIRECTOR

| EXPIRATION DATE | CATEGORY | I.D. NUMBER |
|---|---|---|
| 09/26/2010 | 055 | 01336540 |

DAVID L JORDAN IS CERTIFIED IN FOOD SERVICE SANITATION BY EXAM ON 09/26/05

ISSUED 11/26/05

BUSINESS ADDRESS

DAVID L JORDAN
724 W CORRINGTON
PEORIA          IL 61604

The face of this license has a colored background. Printed by Authority of the State of Illinois