E-FILED
Tuesday, 04 April, 2006  11:42:32 AM
Clerk, U.S. District Court, ILCD



**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)**

Case Name: *US A V. David Jordan*

Case Number: *05-10032*

The appeal time having expired ~~and/or the appeal having been concluded~~, the original Sealed Pre-Sentence Report (document number __9__), Sentencing Recommendation (document number __10__) and Statement of Reason(s) Page (document number __13__) were returned to the U.S. Probation Office on __3/31/06__.

Received by:

S/ *Douglas Heuermann* tm
U.S. Probation Office
Date: 04/03/06

SCA JED
DATE 4/4/06 BY tk