FILED
Tuesday, 31 July, 2007 09:01:07 AM
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

07-23-07

to: United States federal court clerk.

from: David Jordan

Re: Court Sentencing transcript./or judgement of commitment.

dear, Sir/or Madam, I am requesting a copy of my sentencing transcript of my proceedings in federal court.

I am currently at Beaumont federal usp. in Beaumont tx. My rd # 13831-026. I was Sentenced on 12-22-05.

If you can't send me my sentencing transcript then please send me a copy of my judgement of commitment papers.

Thank You
David Jordan

07-23-07