FILED
AUG 17 2007
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 17 August, 2007 11:02:54 AM
Clerk, U.S. District Court, ILCD

8/13/07

05-10032

Dear Mr. John M. Waters,

Hello! How are you doing? I just recieved a letter from you that says, I have to pay for my Judgement and Commitment. I'm perfectly ok with that. However, I'm in the "hole" as of now, because of a incident in which a few guys jumped and split my head open with a pad lock. They have me here in the "hole" for my own safty. That may be the only problem I have in sending the money out to you right now.

Also, I was wondering if it is possible, that I may recieve a copy of my "Docket Sheets" also. I would really appreciate it.

I have one last and final request. So if it's possible, I need for you to be open minded with me

on this matter. Here in USP Beaumont, there isn't very many good vocational or apprenticeship programs. So I ask of you (only because I'm trying to get my future plans together) to please help me pursue my welding career. If it's just one good deed you can do to save a life, I really need the help. Have you ever heard the song by: "The Fray: How to Save a life". It's a good song. Anyway, if you can look in the phonebook in your spare time for a Welding School in the Peoria/Bartonville area. To see what are the requirements to attend, I would gladly appreciate it. I'm taking a computer class in here, but welding is what I plan to do.

In closing: I appreciate you and the time you took out to here me out. God Bless you!

Full of Admiration

p.s. What do you call a pig that knows Karati: ~~Ex~~ Pork chops :)

David Jordan